**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Artis Charles Harrell v. Branch Brinson

Appellate case number:   01-13-00313-CV

Trial court case number:  2006-02867

Trial court:                    189th District Court of Harris County

On April 25, 2013, appellant, Artis Charles Harrell, filed an affidavit of indigence in the trial court. *See* TEX. R. APP. P. 20.1(a)(2)(A). The district clerk has filed a clerk's record on indigence containing the district clerk's April 29, 2013 contest to appellant's affidavit of indigence and the trial court's May 7, 2013 order sustaining the contest and holding that appellant is not indigent. *See id.* 20.1(e)(1), (i)(4). Appellant did not file a motion seeking review of the trial court's order within 10 days of the order. *See id.* 20.1(j)(1). Therefore, the required filing fee is due.

Appellant is ORDERED to pay the $175 filing fee to this Court no later than 10 days from the date of this order, or the Court may dismiss the appeal. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent); 42.3 (allowing involuntary dismissal of case); *see also* TEX. GOV'T CODE ANN. §§ 51.207 (West Supp. 2012), 51.941(a) (West 2005), § 101.041 (West Supp. 2012) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).

It is so ORDERED.


Judge's signature: ____/s/ Terry Jennings_____
                              ☑ Acting individually     ☐ Acting for the Court


Date: ___June 4, 2013_____